No 1338550-B

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

IN The
COURT of CRIMINAL APPEALS

NAme Ronnie Bryant

V

The STATE of TEXAS

FRom APPeal NO 01-12-00921-CR-WR-80718-02
TRiAl Cause No 1338550-B
County

FiRST MOTION FOR EXTENSION Of Time To File
PeTiTion FOR DiscReTiONARY Review
To The HONORABle JuDGes of The couRT of CRiminAl APPeals

Come Now, _____ PeTiTioNeR, And files This motion
for AN extension of sixty (60) days IN which To file a Petition for
DiscReTioNARy Review. IN SuppoRT of This motion, AppellAnt
Shows The CouRT The following

I. Ronnie BRyanT

The PeTiTioNeR WAS convicted iN The ~~Big~~ 338 District CouRT
of Harris County, TEXAS of The offense of
iN Cause No. _____ ;Styled State of TEXAS VS.
The PeTiTioNeR AppeAled To The.
CouRT of APPeals Supreme Judicial District.
The case Was affirmed ON

FILED IN
COURT OF CRIMINAL APPEALS

JAN 13 2015

Abel Acosta, Clerk

## II

The PRESENT deadline for filing The Petition for Discretionary Review is _____, The Petitioner HAS NOT Requested any EXTENSION PRIOR To This Request.

## III

Petitioners Request for an EXTENSION is Based upon The Following facts: Petitioner WAS Not INformed of the decision of The Court of Appeals in Affirming his case until _____. since That Time Petitioner has Been Attempting To Gain legal Representation IN This matter. His attorney on The Appeal, _____, has INformed Petitioner That he will NOT Represent him on The Petition for Discretionary Review.

WhereFORE, Petitioner Prays This Court GRANT This motion And EXTEND The deadline for filing The Petition for DiscRETIONARY Review IN Cause. No _____ To

Petitioner, PRO Se.
TEXAS Department of Criminal Justice
INstitutional Division

wynne UNit
TDCJ-ID # 1810399
Huntsville , TEXAS 77349

## CERTiFicate of SeRvice

I certify that a true and correct Copy of the above and Foregoing, First motion FOR EXTension of Time To File a Petition For Discretionary Review, Has Been Forwarded By U.S Mail, Postage Prepaid, First Class, to the Attorney For Respondent, _____ and to the Stat Prosecuting Attorney, P.O. Box 12405, Austin, Texas 98711 on this the _____ day of _____ 20 ___.

TDCJ# 1810399

Being Presently Incarcerated in the _____
Unit of the Texas Department of Criminal Justice
_____ County, Texas, Verify and declare under
Penalty of Perjury that the foregoing Statements
are true and correct, Executed on this the 1st _____ day
of 8 _____ 2015

To Who Concerning

I Ronnie Bryant its a lots arguments that can go my way on getting a Time Reduction Please.

1. my three Prior, which were ouside of ten years, the other 2 drug Convictions For Possession of a Controlled Substance, and one Possession of a Prohibited weapon. Those are Presumptively Inadmissible If they are Older than Ten years. Taching Back and that Short of thing. I think the Issue Here, Court is under Rule 609 of the Texas Rules of Criminal Evidence the Court has the discretion to admit or deny Time Reduction admission of those Priors Base on whether the Court feels like the Probative Value is outweighed By the Prefudicial effect or Vice versa. If you Combine that with Theus and the five Prongs that are listed in, Theus, number one Being the Value of the way they Impeachment was wrong and I couldn't testify free from the three felony Priors Because three Prongs, those Prongs that I would argue that Have Been met are that the Impeachment Value of the Prior Crime is not great, In my Position, the cases are very dissimilar to Possession of a Controlled Substance cases and a Possession of a Prohibited firearm. They are not similar at all to the aggravated assault for which I am charged, and they are very remote. they are way over 10 years old. I think the last felony Prior was in 1998. So for those reasons Court, I would argue that Time Reduction would be In order. I still think that the felonies Should not Be admitted. I don't think that you have to meet all five Prongs of Theus. I think that three have been met, and I would argue that it is a Balancing test for the Court, and I think its awfully Inflammatory to bring in three very old dissimilar felony Priors it was to Inflame the Jury.

So for those reasons court, I would argue that I didn't Have a fair chances and allso I am under Medical Descuption then and now Hypertension + Post Traumatic Stress disorder I didn't understand what was Happen to me. I Suppose to have a trail in the Mental Court room I need your Help

Sincerely

Ronnie Bryant